IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHRISTOPHER C. MUELLER**,<br><br>                Plaintiff,<br><br>     v.<br><br>**PAT GARRETT; COMMANDER MASSEY; and DEPUTY SHERIFF KOCH**,<br><br>                Defendants. | **Case No. 3:21-cv-01271-MK**<br>**ORDER** |

**MCSHANE, Judge:**

      Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 70), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

      Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 70) is adopted in full. Defendants' Motion for Summary Judgment (ECF No. 19) is GRANTED.

IT IS SO ORDERED.

      DATED this 4th day of January, 2024.

                                                                                     /s/ Michael J. McShane<br>
                                                                                       Michael McShane<br>
                                                                              United States District Judge